UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>23ANDME, INC.,<br><br>                  Defendant. | Case No.: 5:13-CV-05682-LHK<br><br>ORDER ON CONSOLIDATION AND PENDING MOTIONS |

      In light of Defendant's March 31, 2014 notice of additional cases transferred to this District (ECF No. 34), it is hereby ORDERED that the transferred cases (Nos. 5:14-CV-01348-HRL and 5:14-CV-01455-PSG) shall be consolidated with the above-captioned cases for pretrial proceedings. The parties shall continue to notify the Court promptly of any other related cases that have been transferred to this District and any further proceedings before the Judicial Panel on Multidistrict Litigation.

      At the April 30, 2014 Case Management Conference, the parties shall be prepared to discuss whether consolidation for trial would be appropriate; the status of *Stefani v. 23andMe, Inc.*, No. 1:13-CV-13206 (D. Mass.) and any other related cases outside this District; and how any cases outside this District may affect briefing of pending motions, including ECF Nos. 35, 37, and 40.

**IT IS SO ORDERED.**

Dated: April 16, 2014

_____
LUCY H. KOH
United States District Judge