UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> 23ANDME, INC., <br><br> Defendant. | Case No.: 5:13-CV-05682-LHK <br><br> ORDER VACATING DEADLINES |

It is hereby ORDERED that all briefing deadlines for pending motions in the consolidated cases, including ECF Nos. 37 and 40 in the above-captioned docket, are vacated pending the April 30, 2014 Case Management Conference. The parties shall not submit any more e-mail requests for motion dates or other schedule changes. The case schedule will be discussed at the Case Management Conference.

**IT IS SO ORDERED.**

Dated: April 23, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 5:13-CV-05682
ORDER VACATING DEADLINES

1