UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated,<br><br>                  Plaintiffs,<br>v.<br><br>23ANDME, INC.,<br><br>                  Defendant. | Case No.: 5:13-CV-05682-LHK<br><br>MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge
Length of hearing: 1hour 8minutes

Plaintiffs' Attorneys: Michael Flannery and Robert Shelquist (*Tompkins*); Michael Flannery and Nancy Kulesa (*Stanton*); Robert Shelquist, Rosemary Rivas, and Vahn Alexander (*Martin*); Mark Ankcorn and Jason Evans (*Aeron*); Christopher Ridout (*Dilger*); Todd Carpenter (*Guthrie*); Francis Greene (*Newland*); Natasha Naraghi (*Spreter*)
Defendant's Attorneys: Robert Varian and James Kramer

A case management conference was held on April 30, 2014. The Court set the following schedule:

MOTIONS FOR APPOINTMENT OF INTERIM CLASS COUNSEL:
    Motions: May 5, 2014
    Oppositions: May 9, 2014
    Hearing: May 14, 2014 at 2:00 P.M.

OMNIBUS MOTION TO COMPEL ARBITRATION (ECF No. 69):
    Consolidated Opposition: May 28, 2014
    Reply: June 4, 2014
    Hearing: June 19, 2014 at 1:30 P.M.

1

Case No.: 5:13-CV-05682
CASE MANAGEMENT AND MINUTE ORDER

As stated at the case management conference, the Court granted Plaintiff Aeron's motion to withdraw Plaintiff Aeron's motion for a temporary restraining order and preliminary injunction (ECF No. 37).

**IT IS SO ORDERED.**

Dated: April 30, 2014

_____
LUCY H. KOH
United States District Judge