**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>23ANDME, INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 5:13-CV-05682-LHK<br><br>ORDER ON CONSOLIDATION |

　　　　It is hereby ORDERED that *Stefani v. 23andMe, Inc.*, No. 5:14-CV-02414, transferred from the District of Massachusetts (formerly No. 1:13-CV-13206 (D. Mass.)) shall be consolidated with the above-captioned cases for pretrial proceedings.  The parties shall continue to notify the Court promptly of any other related cases filed in this or any other district.

**IT IS SO ORDERED.**

Dated: May 23, 2014

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:13-CV-05682
ORDER ON CONSOLIDATION